UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID GEIGER, | ) | CIVIL ACTION NO. 4:19-CV-1122 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | ) | |
| Defendant | ) | |
| | ) | |

ORDER

In accordance with the accompanying Memorandum, it is hereby ORDERED that:

(1) The final decision of the Commissioner denying Plaintiff's applications is VACATED.

(2) This case is REMANDED to the Commissioner to conduct a new administrative hearing before a constitutionally appointed ALJ other than ALJ Timothy Wing, who presided over Plaintiff's first hearing.

(3) Final judgment of this Court is issued in favor of the Plaintiff, David Geiger.

(4) The clerk of court is directed to CLOSE this case.

Date: May 7, 2020                              BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge